# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 16, 2009

## Before

FRANK H. EASTERBROOK, *Chief Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 05-1286

NEW ALBANY DVD, LLC,
    *Plaintiff-Appellee*,

**v.**

CITY OF NEW ALBANY, INDIANA,
    *Defendant-Appellant*.

Appeal from the United States District Court for the Southern District of Indiana, New Albany Division.

No. 4:04-cv-00052-SEB-WGH
Sarah Evans Barker, *Judge*.

## Order

The slip opinion of this court issued on September 10, 2009, is amended as follows:  page 7, line 2, "father" should be "farther".